## GLEN O. JARRETT *v.* HARRIS ENTERPRISE CORPORATION
### (AC 17454)

Lavery, Landau and Daly, Js.

Argued September 16—officially released October 20, 1998

Per Curiam. The judgment is affirmed.

## CONNECTICUT INDEPENDENT LABOR UNION, LOCAL 24 *v.* CITY OF NORWICH
### (AC 17933)

Foti, Landau and Sullivan, Js.

Submitted on briefs September 18—officially released October 20, 1998

Per Curiam. The judgment is affirmed.

## MARY T. O'BRIEN *v.* LESTER J. O'BRIEN
### (AC 17521)

Landau, Schaller and Sullivan, Js.

Submitted on briefs September 18—officially released October 20, 1998

Per Curiam. The judgment is affirmed.